| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 286593 | H | 11/13/13 | CDK | Draft Application to Employ KNB&K | 0.50 | 192.50 |
| 286594 | H | 11/13/13 | CDK | Draft Application to Appoint Natural Person | 0.50 | 192.50 |
| 286597 | H | 11/13/13 | CDK | Draft Motion to Consolidate | 0.25 | 96.25 |
| 286625 | H | 11/15/13 | CDK | Telephone call with Minnie Lou | 0.10 | 38.50 |
| 286627 | H | 11/15/13 | CDK | Work on Motion to Consolidate | 0.25 | 96.25 |
| 286636 | H | 11/18/13 | CDK | Review orders; finalization | 0.50 | 192.50 |
| 286703 | H | 11/21/13 | NLN | Meet with Chris to review schedules for completion | 0.15 | 12.00 |
| 286704 | H | 11/21/13 | NLN | Email to George and Neil re: unsecured creditors | 0.10 | 8.00 |
| 286705 | H | 11/21/13 | NLN | Work on schedules | 0.25 | 20.00 |
| 286710 | H | 11/21/13 | NLN | Review IDI letter from US Trustee; review documents for IDI; email to clients re: production of documents | 0.45 | 36.00 |
| 286720 | H | 11/21/13 | CDK | Meet re: schedules | 0.25 | 96.25 |
| 286769 | H | 11/25/13 | NLN | Update schedules and email to client for review | 0.65 | 52.00 |
| 286772 | H | 11/25/13 | NLN | Review Real Property Questionnaire and attach appropriate exhibits per client instructions | 0.35 | 28.00 |
| 286781 | H | 11/25/13 | CDK | Review IDI documents | 0.50 | 192.50 |
| 286785 | H | 11/26/13 | NLN | Misc phone calls with George re: schedules; update and review schedules | 0.50 | 40.00 |
| 286805 | H | 11/27/13 | NLN | Prepare IDI binders for US Trustee; file balance of schedules | 1.00 | 80.00 |
| 286831 | H | 11/27/13 | CDK | Conference call; finalize schedules | 0.25 | 96.25 |
| 286849 | H | 12/02/13 | CDK | Draft Order re: Joint Admin | 0.25 | 96.25 |
| 286913 | H | 12/04/13 | CDK | Organize IDI documents | 0.35 | 134.75 |
| 286941 | H | 12/05/13 | CDK | To/Appear at IDI | 0.75 | 288.75 |
| 286966 | H | 12/09/13 | NLN | Review payments to creditors; email | 0.15 | 12.00 |

EXHIBIT A

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| | | | | to George re: same | | |
| 287066 | H | 12/16/13 | CDK | Prepare for MOC | 0.50 | 192.50 |
| 287091 | H | 12/17/13 | CDK | To/Appear at MOC | 1.00 | 385.00 |
| 287122 | H | 12/18/13 | CDK | Work on Schedules/SOFA | 0.50 | 192.50 |
| 287189 | H | 12/23/13 | CDK | Draft Application to Employ Accountant | 0.25 | 96.25 |
| 287260 | H | 12/30/13 | NLN | Prepare and email documents to US Trustee | 0.20 | 16.00 |
| 287313 | H | 01/03/14 | NLN | Email to George re: outstanding documents due to US Trustee | 0.05 | 4.00 |
| 288070 | H | 02/13/14 | NLN | Prepare and file amended schedules | 0.50 | 40.00 |
| 289249 | H | 04/11/14 | CDK | Review proposal; conference call | 1.00 | 385.00 |
| 289826 | H | 05/08/14 | CDK | To/Appear at Status Conference | 1.00 | 385.00 |
| 290811 | H | 07/01/14 | CDK | Application to employ broker | 0.35 | 134.75 |
| 290861 | H | 07/07/14 | CDK | Draft Application to Employ Broker | 0.35 | 134.75 |
| 292010 | H | 09/08/14 | CDK | Draft Status Conference Statement | 0.50 | 192.50 |
| 292126 | H | 09/11/14 | CDK | Prepare/attend status conference | 0.50 | 192.50 |
| 293017 | H | 10/23/14 | CDK | Review motion to Dismiss by UST; draft opposition | 1.50 | 577.50 |
| 293332 | H | 11/07/14 | CDK | Emails with client re: MORS | 0.25 | 96.25 |
| 293361 | H | 11/10/14 | NLN | Prepare and file MORs (9) | 0.75 | 60.00 |
| 296994 | H | 11/13/14 | NLN | File MORS | 0.25 | 20.00 |
| 293686 | H | 11/24/14 | EAN | Conference; intra-office with CDK re: strategy | 0.50 | 212.50 |
| 294047 | H | 12/17/14 | NLN | Prepare amended MORs and email to clients | 0.50 | 40.00 |
| 294415 | H | 01/12/15 | NLN | Prepare and file amended MORS for Arce and Kera | 0.50 | 40.00 |
| 294785 | H | 01/27/15 | CDK | Draft Application, Declaration and Order regarding Special Counsel | 0.45 | 175.50 |

EXHIBIT A

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 294790 | H | 01/27/15 | CDK | Emails regarding Schedules; Claims | 0.25 | 97.50 |
| 294841 | H | 01/28/15 | CDK | Review and revise Employment Applicaion of Rentschler | 0.25 | 97.50 |
| 295119 | H | 02/09/15 | CDK | Review objection to employment of special counsel | 0.20 | 78.00 |
| 295145 | H | 02/10/15 | CDK | Draft Supplemental Application to Employ; draft Opposition to Objection to Employ | 1.00 | 390.00 |
| 295156 | H | 02/10/15 | CDK | Review motion to convert; prepare response | 1.00 | 390.00 |
| 295218 | H | 02/12/15 | CDK | Review motion to convert by Penn; conference with Client | 1.00 | 390.00 |
| 295231 | H | 02/13/15 | CDK | Draft Order; emails to Client regarding Special Counsel | 0.35 | 136.50 |
| 295303 | H | 02/19/15 | NLN | Prepare amended MORs for November and December; Prepare and file January MOR | 0.25 | 20.00 |
| 295330 | H | 02/20/15 | CDK | Review motion to convert | 0.80 | 312.00 |
| 295455 | H | 02/25/15 | CDK | Draft Opposition to Motion to Convert | 1.00 | 390.00 |
| 295484 | H | 02/26/15 | CDK | Review and revise Opposition to Motion to Convert | 1.00 | 390.00 |
| 295582 | H | 03/03/15 | CDK | Review reply; email re: conversion | 0.50 | 195.00 |
| 295623 | H | 03/05/15 | CDK | Review motion, opposition and reply re: conversion | 1.50 | 585.00 |
| 295684 | H | 03/11/15 | CDK | Review MORS | 0.25 | 97.50 |
| 295709 | H | 03/12/15 | CDK | Prepare for heaing on motion to convert | 0.50 | 195.00 |
| 295744 | H | 03/13/15 | CDK | Prepare for/travel to/attend hearing on motion to convert; telephone call with Client | 1.50 | 585.00 |
| 295747 | H | 03/13/15 | CDK | Draft Order | 0.25 | 97.50 |
| 295786 | H | 03/16/15 | CDK | Conference regarding case issues | 1.00 | 390.00 |
| 295873 | H | 03/19/15 | CDK | Work on case issues | 1.75 | 682.50 |

EXHIBIT A

| #        | Type | Date/File  | Atty | Description                          | Hours | Amount   |
|----------|------|------------|------|--------------------------------------|-------|----------|
| 295897   | H    | 03/20/15   | CDK  | Work on creditor issues; status      | 1.00  | 390.00   |
| 295992   | H    | 03/24/15   | CDK  | Emails; conference call regarding case issue | 1.00 | 390.00 |
| 296008   | H    | 03/25/15   | CDK  | Review documents                     | 1.00  | 390.00   |
| 296080   | H    | 03/27/15   | CDK  | Emails re: case                      | 1.50  | 585.00   |
| 296110   | H    | 03/30/15   | CDK  | Case issues; email                   | 0.50  | 195.00   |
| 296134   | H    | 03/31/15   | CDK  | Prepare for and attend telephonic conference | 0.50 | 195.00 |
| 296995   | H    | 05/14/15   | CDK  | MOR; email re: status                | 0.35  | 136.50   |

```
                                                         --------------------
GRAND TOTAL                                               39.65    13374.25
                                                         ========  ========
```

EXHIBIT A

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 286613 | C | 11/14/13 | CPO | Postage charge: Served Notice of Related Case | | 0.46 |
| 286614 | C | 11/14/13 | CXC | Photocopy charges: Served Notice of Related Case | | 0.40 |
| 286662 | C | 11/18/13 | CPO | Postage charge: Served Motion Establishing Joint Administration with Related Case | | 0.33 |
| 286663 | C | 11/18/13 | CXC | Photocopy charges: Served Motion Establishing Joint Administration with Related Case | | 0.70 |
| 286668 | C | 11/19/13 | CPO | Postage charge: Sent client IDI letter and MOR Instructions | | 1.36 |
| 286669 | C | 11/19/13 | CXC | Photocopy charges: Sent client IDI letter and MOR Instructions | | 3.90 |
| 286672 | C | 11/20/13 | LN | Lexis-Nexis - computer legal research costs | | 31.93 |
| 286847 | C | 11/20/13 | CPO | Postage charge: Served Notice of Rescheduled Meeting of Creditors | | 5.98 |
| 286848 | C | 11/20/13 | CXC | Photocopy charges: Served Notice of Rescheduled Meeting of Creditors | | 2.80 |
| 286845 | C | 11/25/13 | CPO | Postage charge: Served Employment Application | | 1.38 |
| 286846 | C | 11/25/13 | CXC | Photocopy charges: Served Employment Application | | 2.10 |
| 286948 | C | 12/06/13 | CCI | courier services to SF US Trustee's Officer to deliver IDI binder | | 34.63 |
| 287056 | C | 12/16/13 | CBF | Bank fees wire transfer | | 12.00 |
| 287573 | C | 01/07/14 | CPO | Postage charge: Served Opposition to RFS Motion, Declaration of G. Arce ISO Opposition | | 9.03 |
| 287574 | C | 01/07/14 | CXC | Photocopy charges: Served Opposition to RFS Motion, Declaration of G. Arce ISO Opposition | | 6.40 |
| 287638 | C | 01/21/14 | CCI | courier services to SF Bankrutpcy Court 1/10/14 | | 34.62 |
| 288059 | C | 02/13/14 | CFF | filing fee for amended creditor | | 30.00 |

EXHIBIT B

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| | | | | matrix | | |
| 288121 | C | 02/18/14 | CPO | Postage charge: Served Plan and DS on all parties | | 13.89 |
| 288122 | C | 02/18/14 | CXC | Photocopy charges: Served Plan and DS on all parties | | 13.45 |
| 288442 | C | 02/21/14 | CPO | Postage charge: Served Supplemental Exhibit A to Disclosure Statement | | 13.10 |
| 288443 | C | 02/21/14 | CXC | Photocopy charges: Served Supplemental Exhibit A to Disclosure Statement | | 13.10 |
| 288781 | C | 03/04/14 | CPO | Postage charge: Served Notice of Continued Hearing on Disclosure Statement and Plan | | 6.96 |
| 288782 | C | 03/04/14 | CXC | Photocopy charges: Served Notice of Continued Hearing on Disclosure Statement and Plan | | 5.90 |
| 289659 | C | 04/18/14 | CPO | Postage charge: Served Notice of Continued Hearing | | 6.48 |
| 289660 | C | 04/18/14 | CXC | Photocopy charges: Served Notice of Continued Hearing | | 5.40 |
| 291041 | C | 07/11/14 | CPO | Postage charge: Served Declaration of Appraiser | | 4.30 |
| 291042 | C | 07/11/14 | CXC | Photocopy charges: Served Declaration of Appraiser | | 8.85 |
| 291242 | C | 07/18/14 | CFX | facsimile transmission and receipt; received fax from Andrew Alper (6 pages) | | 0.60 |
| 291120 | C | 07/21/14 | CCI | courier services to SF Bankruptcy Court to deliver Chambers Copy re: Declaration of Appraiser | | 39.12 |
| 291244 | C | 07/22/14 | CFX | facsimile transmission and receipt; received fax from Benjamin Levinson office (5 pages) | | 0.50 |
| 292523 | C | 09/26/14 | CPO | Postage charge: Served Notice of Hearing, Motion re: Cash Collateral, and Declaration | | 13.50 |
| 292524 | C | 09/26/14 | CXC | Photocopy charges: Served Notice | | 12.42 |

Case: 13-32456  Doc# 191-1  Filed: 06/02/15  Entered: 06/02/15 11:14:06  Page 6 of 28

EXHIBIT B

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | of Hearing, Motion re: Cash Collateral, and Declaration | | |
| 292802 | C | 10/02/14 | CPO | Postage charge: Served Motion for Cash Collateral, Declaration of Arce, and Notice of Amended Hearing | | 1.12 |
| 292803 | C | 10/02/14 | CXC | Photocopy charges: Served Motion for Cash Collateral, Declaration of Arce, and Notice of Amended Hearing | | 1.05 |
| 292883 | C | 10/17/14 | CPO | Postage charge: Served Reply to Opposition to Motion to Sell | | 1.72 |
| 292884 | C | 10/17/14 | CXC | Photocopy charges: Served Reply to Opposition to Motion to Sell | | 4.00 |
| 293186 | C | 10/20/14 | CPO | Postage charge: Served Motion to Approve Cash Collateral Stipulation; Notice of Hearing | | 9.12 |
| 293187 | C | 10/20/14 | CXC | Photocopy charges: Served Motion to Approve Cash Collateral Stipulation; Notice of Hearing | | 9.50 |
| 292998 | C | 10/23/14 | CFF | filing fee Motion to Sell filed 9/26/2014 | | 88.00 |
| 293055 | C | 10/24/14 | CPO | Postage charge: Served opposition to U.S.Trustee's Motion to Convert to Chapter 7 | | 0.24 |
| 293056 | C | 10/24/14 | CXC | Photocopy charges: Served opposition to U.S. Trustee's Motion to Convert to Chapter 7 | | 0.20 |
| 293193 | C | 10/30/14 | CPO | Postage charge: Served Notice of Continued Hearing re: Motion to Sell and UST Motion to Convert | | 7.92 |
| 293194 | C | 10/30/14 | CXC | Photocopy charges: Served Notice of Continued Hearing re: Motion to Sell and UST Motion to Convert | | 9.90 |
| 293239 | C | 10/31/14 | CCI | courier services to San Francisco Bankruptcy Court,  Chambers Copies re: Motion to Sell | | 57.62 |
| 293719 | C | 11/06/14 | CPO | Postage charge: Served Notice of Continued Hearing | | 7.68 |
| 293720 | C | 11/06/14 | CXC | Photocopy charges: Served Notice of Continued Hearing | | 6.40 |

Case: 13-32456   Doc# 191-1   Filed: 06/02/15   Entered: 06/02/15 11:14:06   Page 7 of 28

EXHIBIT B

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 293615 | C | 11/21/14 | CSY | Secretary of State Services re: Penn Equities, LLC Articles | | 22.55 |
| 294189 | C | 12/10/14 | CPO | Postage charge: Served Application for OST Re: Motion to Modify Pennn Equities and MIC Infinity Fund RFS | | 14.85 |
| 294190 | C | 12/10/14 | CXC | Photocopy charges: Served Application for OST Re: Motion to Modify Pennn Equities and MIC Infinity Fund RFS | | 80.17 |
| 294065 | C | 12/18/14 | CCI | courier services to US Bankrutpcy Court, San Francisco, Chambers Copies | | 46.13 |
| 294066 | C | 12/18/14 | CCI | courier services to US Bankruptcy Court: Wachsberger Dec in Support of Sale | | 31.63 |
| 294122 | C | 12/19/14 | CPO | Postage charge: Served Statement Regarding Debtor's Ability to Close | | 4.41 |
| 294123 | C | 12/19/14 | CXC | Photocopy charges: Served Statement Regarding Debtor's Ability to Close | | 4.52 |
| 294134 | C | 12/19/14 | CBF | Bank fees for wire transfer | | 13.00 |
| 294305 | C | 01/07/15 | CFF | filing fee Motion to Sell | | 88.00 |
| 294671 | C | 01/13/15 | CCI | courier services to San Francisco Bankruptcy Court re: amended order | | 52.13 |
| 294615 | C | 01/14/15 | CPO | Postage charge: Sent letter to Andrew Alper via email | | 0.24 |
| 294616 | C | 01/14/15 | CPO | Postage charge: Sent letter and Amended Order Granting Motion to Sell Assets Free and Clear of Liens, Claims, Encumbrances and Interests to Kathryn Wood | | 1.01 |
| 294617 | C | 01/14/15 | CXC | Photocopy charges: Sent letter and Amended Order Granting Motion to Sell Assets Free and Clear of Liens, Claims, Encumbrances and Interests to Kathryn Wood | | 3.30 |
| 294670 | C | 01/22/15 | CBF | Bank fees wire out to First American Title | | 15.00 |

EXHIBIT B

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 295503 | C | 02/04/15 | | CPO  Postage charge: Served Application to Employ Special Counsel | | 1.38 |
| 295504 | C | 02/04/15 | | CXC  Photocopy charges: Served Application to Employ Special Counsel | | 2.40 |
| 295086 | C | 02/09/15 | | LN  Lexis-Nexis - computer legal research costs 1/5 research | | 7.50 |
| 295497 | C | 02/17/15 | | CPO  Postage charge: Sent Stipulation to Extend Settlement Closing Deadline to James Tiemstra | | 0.24 |
| 295498 | C | 02/17/15 | | CXC  Photocopy charges: Sent Stipulation to Extend Settlement Closing Deadline to James Tiemstra | | 0.10 |
| 295430 | C | 02/25/15 | | CEX  express mail costs to Kathryn Wood, 1/14/2015 | | 9.74 |
| 296225 | C | 04/07/15 | | LN  Lexis-Nexis - computer legal research costs | | 30.87 |

```
                                                 --------------------
GRAND TOTAL                                         0.00    969.23
                                                 ========  ========
```

EXHIBIT B

| #       | Type | Date/File   | Atty | Description | Hours | Amount |
|---------|------|-------------|------|-------------|-------|--------|
| 287230  | H    | 12/26/13    | CDK  | Review RFS | 0.50 | 192.50 |
| 287336  | H    | 01/03/14    | CDK  | Work on Opposition to RFS | 1.50 | 577.50 |
| 287363  | H    | 01/06/14    | CDK  | Work on Opposition to Relief From Stay | 1.50 | 577.50 |
| 287371  | H    | 01/07/14    | CDK  | Work on Oppostion for Relief From Stay | 0.50 | 192.50 |
| 287454  | H    | 01/09/14    | CDK  | To and appear at Relief From Stay Hearing; conference with client | 1.50 | 577.50 |
| 288816  | H    | 03/20/14    | CDK  | To/Appear at RFS hearing | 0.75 | 288.75 |
| 289128  | H    | 04/03/14    | CDK  | Review motion for relief from stay | 1.00 | 385.00 |
| 289455  | H    | 04/21/14    | CDK  | Review Relief From Stay re: Penn | 0.50 | 192.50 |
| 289523  | H    | 04/23/14    | CDK  | Prepare/Attend hearing on Relief from Stay and Single Asset Real Estate | 2.00 | 770.00 |
| 289549  | H    | 04/24/14    | CDK  | Review Appraisal; prepare/attend continued  Relief from Stay Hearing | 1.00 | 385.00 |
| 289616  | H    | 04/28/14    | CDK  | Telephone call with Client re: Relief from Stay | 0.25 | 96.25 |
| 291160  | H    | 07/22/14    | CDK  | Review proposal re: RFS; experts; email to client | 0.50 | 192.50 |
| 292174  | H    | 09/16/14    | CDK  | Conference call; sale; stipulation RFS | 0.50 | 192.50 |

```
                                                    --------------------
GRAND TOTAL                                            12.00    4620.00
                                                    ========    ========
```

EXHIBIT C

| #        | Type | Date/File  | Atty | Description                                        | Hours | Amount |
|----------|------|------------|------|----------------------------------------------------|-------|--------|
| 288021 H |      | 02/11/14   | CDK  | Review bank documents (CIBC)                       | 0.50  | 192.50 |
| 292843 H |      | 10/16/14   | CDK  | Work on Reply; review licensing issue              | 1.00  | 385.00 |
| 293334 H |      | 11/07/14   | CDK  | Usury issues                                       | 0.50  | 192.50 |
| 293400 H |      | 11/11/14   | NLN  | Email to Datasearch re: articles of incorporation  | 0.05  | 4.00   |
| 293412 H |      | 11/11/14   | CDK  | Review and revise Supplement re: Usury             | 1.00  | 385.00 |
| 293438 H |      | 11/12/14   | NLN  | Order Articles from Datasearch                     | 0.10  | 8.00   |
| 293452 H |      | 11/12/14   | CDK  | Review and revise Usury Motion                     | 0.75  | 288.75 |
| 293506 H |      | 11/12/14   | CDK  | Work on Usury Brief                                | 1.00  | 385.00 |
| 293502 H |      | 11/13/14   | CDK  | Work on Usury Motion                               | 1.00  | 385.00 |
| 293594 H |      | 11/18/14   | CDK  | Review opposition; conference call re: sale, usury | 1.00  | 385.00 |
| 293758 H |      | 11/26/14   | CDK  | Draft Motion re: usury; Order Shortening Time      | 1.50  | 577.50 |
| 293780 H |      | 12/01/14   | CDK  | Draft Objection to Claim of Penn                   | 1.50  | 577.50 |
| 296968 H |      | 12/04/14   | CDK  | Objection to Claim; emails                         | 1.00  | 385.00 |
| 294062 H |      | 12/17/14   | CDK  | Work on brief                                      | 1.00  | 385.00 |
| 294072 H |      | 12/18/14   | CDK  | Work on brief; telephone call with Clients         | 1.75  | 673.75 |
| 294175 H |      | 12/29/14   | CDK  | Prepare for/attend hearing on objection to claim   | 1.00  | 385.00 |
| 294219 H |      | 12/30/14   | CDK  | Conference call; emails re: Penn; claims           | 1.00  | 385.00 |
| 294356 H |      | 01/08/15   | CDK  | Work on Objection to Claim issues; procedure       | 1.00  | 390.00 |
| 294377 H |      | 01/09/15   | CDK  | Research Law re: usury; claim                      | 1.50  | 585.00 |
| 294380 H |      | 01/09/15   | CDK  | Prepare stipulated facts draft                     | 1.00  | 390.00 |
| 294408 H |      | 01/12/15   | CDK  | Work on usury objection                            | 1.00  | 390.00 |
| 294436 H |      | 01/13/15   | CDK  | Research law regarding usury claim                 | 1.00  | 390.00 |

EXHIBIT P

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 294590 | H | 01/20/15 | CDK | Draft Penn Objection to Amended Claim | 0.75 | 292.50 |
| 294667 | H | 01/22/15 | CDK | Review and revise Objection to Amend Claim | 1.00 | 390.00 |
| 294764 | H | 01/26/15 | CDK | Work on Objection to Amended Claim; Research | 2.50 | 975.00 |
| 294783 | H | 01/27/15 | CDK | Work on Objection to Claim | 1.50 | 585.00 |
| 294835 | H | 01/28/15 | CDK | Draft Stipulation; emails regarding discovery | 0.50 | 195.00 |
| 294837 | H | 01/28/15 | CDK | Review and revise Objection to Claim | 1.75 | 682.50 |
| 294875 | H | 01/29/15 | CDK | Review and revise Objection; research law; scheduling order | 1.50 | 585.00 |
| 294948 | H | 02/03/15 | CDK | Final revision to Claim Objection | 1.10 | 429.00 |
| 294977 | H | 02/04/15 | CDK | Review and revise Notice; Declaration of Neil regarding Objection | 0.75 | 292.50 |
| 295034 | H | 02/05/15 | CDK | Interest/Damages calculations | 1.00 | 390.00 |
| 295036 | H | 02/05/15 | CDK | Review emails regarding claim objection | 0.50 | 195.00 |
| 295066 | H | 02/06/15 | CDK | Review and revise Objection; Interest issue | 0.50 | 195.00 |
| 295116 | H | 02/09/15 | CDK | Meet with George; telephone call with Neil regarding objection; timing | 0.50 | 195.00 |
| 295180 | H | 02/11/15 | CDK | Review and revise Objection to Claim | 1.00 | 390.00 |
| 295256 | H | 02/17/15 | CDK | Review and revise Neil Declaration regarding Objection | 1.00 | 390.00 |
| 295377 | H | 02/19/15 | CDK | Final revision; filing; objection | 1.00 | 390.00 |
| 295374 | H | 02/23/15 | CDK | Review email from Alper; review order; conference call | 1.00 | 390.00 |
| 295523 | H | 02/27/15 | CDK | Prepare/attend conference call regarding Alper, objection; call | 0.80 | 312.00 |
| 295564 | H | 03/02/15 | CDK | Email regarding trial stipulations; documents | 0.25 | 97.50 |
| 295576 | H | 03/03/15 | CDK | Stipulation regarding trial; evidence; objection | 0.50 | 195.00 |

EXHIBIT D

| #        | Type | Date/File | Atty | Description                                                  | Hours | Amount  |
|----------|------|-----------|------|-------------------------------------------------------------|-------|---------|
| 295633   | H    | 03/06/15  | CDK  | Draft Stipulation regarding trial                           | 1.25  | 487.50  |
| 295668   | H    | 03/10/15  | CDK  | Work on objection; discovery                                | 1.00  | 390.00  |
| 295825   | H    | 03/17/15  | CDK  | Stipulation; calendaring trial issues; changes              | 7.00  | 2730.00 |
| 296049   | H    | 03/26/15  | CDK  | Emails; research and legal issues                           | 0.75  | 292.50  |
| 296179   | H    | 04/02/15  | CDK  | Review questions; issues re: depos                          | 0.50  | 195.00  |
| 296192   | H    | 04/03/15  | CDK  | Review email ; attachments re: objection; discharge         | 0.50  | 195.00  |
| 296208   | H    | 04/06/15  | CDK  | Review documents re: claims                                 | 1.00  | 390.00  |
| 296233   | H    | 04/07/15  | CDK  | Document, fact stipulation                                  | 1.00  | 390.00  |
| 296280   | H    | 04/08/15  | CDK  | Telephone call with client regarding status; documents deposition | 0.50 | 195.00 |
| 296288   | H    | 04/09/15  | CDK  | Work on Stipulation                                         | 0.75  | 292.50  |
| 296289   | H    | 04/09/15  | CDK  | Review reply to Objection to Claim; Declarations            | 1.80  | 702.00  |
| 296292   | H    | 04/09/15  | CDK  | Conference call regarding Dayani; claim                     | 0.35  | 136.50  |
| 296325   | H    | 04/10/15  | CDK  | Review Reply; emails; discovery issues; research law        | 1.50  | 585.00  |
| 296363   | H    | 04/13/15  | CDK  | Review email regarding authorization of documents           | 0.25  | 97.50   |
| 296357   | H    | 04/13/15  | CDK  | Review reply from Neil                                      | 0.75  | 292.50  |
| 296382   | H    | 04/14/15  | CDK  | Work on review of reply                                     | 1.00  | 390.00  |
| 296406   | H    | 04/15/15  | CDK  | Review Neil's question; discovery issues                    | 0.75  | 292.50  |
| 296458   | H    | 04/16/15  | CDK  | Review cases cited in Reply                                 | 0.80  | 312.00  |
| 296444   | H    | 04/17/15  | CDK  | Work on discovery                                           | 0.50  | 195.00  |
| 296489   | H    | 04/20/15  | CDK  | Review cases  regarding RC Loans /Usury                     | 1.00  | 390.00  |
| 296518   | H    | 04/21/15  | CDK  | Research case law re: usury                                 | 0.50  | 195.00  |
| 296536   | H    | 04/22/15  | CDK  | Review documents; Penn Equities;                           | 1.00  | 390.00  |

EXHIBIT D

| #       | Type | Date/File      | Atty | Description                                      | Hours | Amount   |
|---------|------|----------------|------|-------------------------------------------------|-------|----------|
|         |      |                |      | telephone call with Neil regarding loans by Penn |       |          |
| 296541  | H    | 04/22/15       | CDK  | PACER on Penn claims in Central District          | 1.00  | 390.00   |
| 296849  | H    | 05/11/15       | CDK  | Review objection to Reponse to discovery          | 0.25  | 97.50    |

```
                                                          ---------------------
GRAND TOTAL                                                66.25    25713.50
                                                          ========   ========
```

Case: 13-32456   Doc# 191-1   Filed: 06/02/15   Entered: 06/02/15 11:14:06   Page 14 of 28

EXHIBIT D

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 286618 | H | 11/15/13 | CDK | Research law re: Till | 0.50 | 192.50 |
| 286638 | H | 11/18/13 | CDK | Review Till opinion | 0.50 | 192.50 |
| 287032 | H | 12/12/13 | CDK | Work on Plan/DS | 1.50 | 577.50 |
| 287093 | H | 12/17/13 | CDK | Review Plan issues | 0.50 | 192.50 |
| 287373 | H | 01/07/14 | CDK | Work on Plan | 1.00 | 385.00 |
| 287459 | H | 01/10/14 | CDK | Work on Plan | 1.00 | 385.00 |
| 287595 | H | 01/16/14 | CDK | Work on Plan | 0.75 | 288.75 |
| 287693 | H | 01/23/14 | CDK | Review case law re: Till issue | 0.75 | 288.75 |
| 287801 | H | 01/31/14 | CDK | Work on Plan | 1.00 | 385.00 |
| 287868 | H | 02/04/14 | CDK | Conference call re: plan projection | 0.25 | 96.25 |
| 287890 | H | 02/05/14 | CDK | Review plan projection; draft plan | 1.50 | 577.50 |
| 287917 | H | 02/06/14 | CDK | Draft Plan/Disclosure Status | 2.00 | 770.00 |
| 287955 | H | 02/07/14 | CDK | Conference call re: chart; plan | 0.50 | 192.50 |
| 287943 | H | 02/08/14 | CDK | Work on Plan/DS | 0.50 | 192.50 |
| 287982 | H | 02/10/14 | CDK | Review chart re: plan projection | 0.50 | 192.50 |
| 288025 | H | 02/11/14 | CDK | Work on Plan/DS | 1.00 | 385.00 |
| 288042 | H | 02/12/14 | CDK | Draft Plan | 1.00 | 385.00 |
| 288044 | H | 02/12/14 | CDK | Draft Disclosure Statement | 1.00 | 385.00 |
| 288108 | H | 02/13/14 | CDK | Work on Plan and DS | 2.50 | 962.50 |
| 288103 | H | 02/14/14 | CDK | Draft Plan/DS. | 1.00 | 385.00 |
| 288194 | H | 02/18/14 | CDK | Oversee Service of Plan and DS | 0.25 | 96.25 |
| 288355 | H | 02/26/14 | CDK | Telephone call with Alper; review Plan and DS | 0.50 | 192.50 |
| 288724 | H | 03/17/14 | CDK | Review and revise Disclosure Statement & First Amended Plan | 1.00 | 385.00 |
| 288752 | H | 03/18/14 | CDK | Review and revise Disclosure Statement and First Amended Plan | 0.50 | 192.50 |
| 288772 | H | 03/19/14 | CDK | Review and revise Disclosure | 0.80 | 308.00 |

Case: 13-32456   Doc# 191-1   Filed: 06/02/15   Entered: 06/02/15 11:14:06   Page 15 of 28

EXHIBIT E

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| | | | | Statement and First Amended Plan | | |
| 288819 | H | 03/20/14 | CDK | Review email; value and plan | 0.75 | 288.75 |
| 288966 | H | 03/26/14 | CDK | Review and revise Plan/Disclosure | 0.80 | 308.00 |
| 288991 | H | 03/28/14 | CDK | Work on Plan and Disclosure Statement | 0.50 | 192.50 |
| 289045 | H | 03/31/14 | CDK | Meet with Client re: DS and Plan | 0.50 | 192.50 |
| 289073 | H | 04/01/14 | CDK | Review and revise Plan/DS | 1.00 | 385.00 |
| 289105 | H | 04/02/14 | CDK | Work on Plan/DS | 1.00 | 385.00 |
| 289154 | H | 04/04/14 | CDK | Review and revise Plan/DS | 0.50 | 192.50 |
| 289491 | H | 04/23/14 | CDK | Review objection; conference call; telephone call with Client and Broker | 1.00 | 385.00 |
| 289553 | H | 04/24/14 | CDK | Research law re: DS, Plan | 2.50 | 962.50 |
| 289577 | H | 04/24/14 | CDK | Work on Plan | 0.50 | 192.50 |
| 289609 | H | 04/28/14 | CDK | Review objection | 0.50 | 192.50 |
| 296966 | H | 04/28/14 | CDK | telephone call client re: Disclosure Statement | 0.25 | 96.25 |
| 289925 | H | 05/13/14 | CDK | Work on DS | 1.00 | 385.00 |
| 289990 | H | 05/16/14 | CDK | Review and revise DS | 0.50 | 192.50 |
| 290034 | H | 05/19/14 | CDK | Work on DS | 0.50 | 192.50 |
| 290043 | H | 05/20/14 | CDK | Work on DS | 1.00 | 385.00 |
| 290094 | H | 05/21/14 | CDK | Prepare for hearing on DS | 0.50 | 192.50 |
| 290155 | H | 05/22/14 | CDK | Prepare/to hearing on DS | 1.00 | 385.00 |
| 290148 | H | 05/23/14 | CDK | Review and revise DS; Appraisal issues | 0.50 | 192.50 |
| 290266 | H | 06/02/14 | CDK | Research law re: value; plan; negative amortization | 0.75 | 288.75 |
| 291642 | H | 08/14/14 | CDK | Review order; Plan issue; offer; statutes | 0.50 | 192.50 |
| 295841 | H | 03/18/15 | CDK | Work on plan and disclosure; case issues | 1.00 | 390.00 |

EXHIBIT E

| #  | Type | Date/File | Atty | Description | Hours | Amount |
|----|------|-----------|------|-------------|-------|--------|
|    |      |           |      |             | ------------------- | |
| GRAND TOTAL | | | | | 39.35 | 15154.75 |
|    |      |           |      |             | ======== | ======== |

EXHIBIT E

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 290380 | H | 06/10/14 CDK | VA | Work on valuation brief | 0.75 | 288.75 |
| 290546 | H | 06/19/14 CDK | VA | Review documents | 0.50 | 192.50 |
| 290878 | H | 07/08/14 CDK | VA | Review and revise Value Motion; review Appraiser Report | 0.25 | 96.25 |
| 290935 | H | 07/10/14 CDK | VA | Review Appraisal; review and revise declaration | 0.75 | 288.75 |
| 290940 | H | 07/11/14 CDK | VA | Work on trial documents re: value | 0.75 | 288.75 |
| 291004 | H | 07/14/14 CDK | VA | Review trial briefs re: valuation | 1.00 | 385.00 |
| 291031 | H | 07/16/14 CDK | VA | Work on value motion issue | 0.50 | 192.50 |
| 291109 | H | 07/18/14 CDK | VA | Emails; telephone call with Client re: appraiser | 0.25 | 96.25 |
| 291187 | H | 07/23/14 CDK | VA | Conference with Client; draft email re: valuation | 0.50 | 192.50 |
| 291257 | H | 07/28/14 CDK | VA | Deposition prep; emails re: documents | 0.50 | 192.50 |
| 291287 | H | 07/29/14 CDK | VA | Attend depo of expert telephonically; prepare | 0.50 | 192.50 |
| 296991 | H | 08/01/14 CDK | VA | Trial preparation re: valuation | 0.50 | 192.50 |
| 296992 | H | 08/03/14 CDK | VA | Prepare for tiral re: valuation | 0.75 | 288.75 |
| 296993 | H | 08/04/14 CDK | VA | Prepare and attend valuation hearing | 2.25 | 866.25 |

```
                                                    --------------------
GRAND TOTAL                                            9.75     3753.75
                                                    ========   ========
```

EXHIBIT F

| #        | Type | Date/File     | Atty  | Description                              | Hours | Amount |
|----------|------|---------------|-------|------------------------------------------|-------|--------|
| 290581 H |      | 06/20/14 CDK  | SA    | Conference call; sale process; lien issues | 1.00  | 385.00 |
| 290580 H |      | 06/20/14 CDK  | SA    | Conference call; sale process; lien issues | 1.00  | 385.00 |
| 290591 H |      | 06/23/14 CDK  | SA    | Draft Motion to Sell                     | 1.00  | 385.00 |
| 290628 H |      | 06/24/14 CDK  | SA    | Work on Sale Motion                      | 1.00  | 385.00 |
| 290669 H |      | 06/26/14 CDK  | SA    | Prepare Sale Documents                   | 0.75  | 288.75 |
| 290720 H |      | 06/27/14 CDK  | SA    | Telephone call with Ben; sale notice issue | 0.50  | 192.50 |
| 290750 H |      | 06/30/14 CDK  | SA    | Work on Motion to Sell                   | 0.40  | 154.00 |
| 290881 H |      | 07/08/14 CDK  | SA    | Email to secured creditor re: sale, bank | 0.45  | 173.25 |
| 291116 H |      | 07/18/14 CDK  | SA    | Review Penn Claim                        | 0.50  | 192.50 |
| 291644 H |      | 08/14/14 CDK  | SA    | Review title report; claims              | 0.50  | 192.50 |
| 291714 H |      | 08/19/14 CDK  | SA    | Draft Motion to Sell; review offer       | 0.75  | 288.75 |
| 291748 H |      | 08/21/14 CDK  | SA    | Telephone call with Client re: sa;e      | 0.40  | 154.00 |
| 291775 H |      | 08/22/14 CDK  | SA    | Draft Declaration; Points and Authorities for sale | 1.00 | 385.00 |
| 291810 H |      | 08/26/14 CDK  | SA    | Conference call re: sale                 | 0.50  | 192.50 |
| 291827 H |      | 08/27/14 CDK  | SA    | Conference call with clients; email; sale motion | 1.50 | 577.50 |
| 291846 H |      | 08/28/14 CDK  | SA    | Research Plan/Sale Option                | 0.75  | 288.75 |
| 291847 H |      | 08/28/14 CDK  | SA    | Prepare letter to secured lender         | 0.50  | 192.50 |
| 291935 H |      | 09/04/14 CDK  | SA    | Review sale contracts; motion to file    | 1.00  | 385.00 |
| 292114 H |      | 09/11/14 CDK  | SA    | Emails; stipulation re: sale             | 0.40  | 154.00 |
| 292125 H |      | 09/11/14 CDK  | SA    | Draft Release language; waiver           | 0.50  | 192.50 |
| 292129 H |      | 09/11/14 CDK  | SA    | Prepare motion to sell                   | 1.00  | 385.00 |
| 292178 H |      | 09/16/14 CDK  | SA    | Work on motion to Sell                   | 1.00  | 385.00 |

EXHIBIT G

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 292214 | H | 09/17/14 CDK | SA | Work on sale motion; research law re: fees; late fees; default | 0.75 | 288.75 |
| 292315 | H | 09/23/14 CDK | SA | Draft Sale Motion; review PSA | 0.75 | 288.75 |
| 292372 | H | 09/24/14 CDK | SA | Review and revise Sale Motion | 1.00 | 385.00 |
| 292416 | H | 09/25/14 CDK | SA | Draft Sale Motion; Declaration; Notice | 1.50 | 577.50 |
| 292438 | H | 09/26/14 CDK | SA | Review and revise Sale Motion; emails | 0.50 | 192.50 |
| 292440 | H | 09/26/14 CDK | SA | To/Appear at hearing re: motions; sale | 0.75 | 288.75 |
| 292595 | H | 10/02/14 CDK | SA | Review Penn Objection; Response | 0.50 | 192.50 |
| 292564 | H | 10/03/14 CDK | SA | Prepare for conference call re: sale | 0.75 | 288.75 |
| 292874 | H | 10/17/14 CDK | SA | Draft Reply to Opposition of Penn; MIC; Seller | 1.00 | 385.00 |
| 292948 | H | 10/21/14 CDK | SA | Review offer; conference with counsel; email | 1.05 | 404.25 |
| 292973 | H | 10/22/14 EAN | SA | Conference, intra-ofice with Chris D. Kuhner re: sale | 0.25 | 106.25 |
| 292981 | H | 10/22/14 CDK | SA | Emails; review documents; new buyer | 1.10 | 423.50 |
| 293015 | H | 10/23/14 CDK | SA | Draft statement re: sale | 0.50 | 192.50 |
| 293049 | H | 10/24/14 CDK | SA | Conference with Client; to/from Hearing re: sale | 1.00 | 385.00 |
| 293152 | H | 10/28/14 CDK | SA | Draft Statement; declaration re: good faith | 1.00 | 385.00 |
| 293138 | H | 10/29/14 CDK | SA | Review emails; sale offer | 0.50 | 192.50 |
| 293118 | H | 10/30/14 CDK | SA | Review offer; emails; status | 0.50 | 192.50 |
| 293213 | H | 10/31/14 CDK | SA | Review and revise Status; New Buyer | 0.50 | 192.50 |
| 293273 | H | 11/05/14 CDK | SA | Review and revise Supplement to Motion to Sale; conference call | 1.00 | 385.00 |
| 293297 | H | 11/06/14 CDK | SA | Conference calls; emails re: | 1.00 | 385.00 |

EXHIBIT G

| #        | Type | Date/File   | Atty   | Description                                         | Hours | Amount |
|----------|------|-------------|--------|----------------------------------------------------|-------|--------|
|          |      |             |        | sale; contract                                     |       |        |
| 296967 H |      | 11/07/14 CDK | SA    | Emails with client re: Sale                        | 0.25  | 96.25  |
| 293488 H |      | 11/14/14 EAN | SA    | Review and revise supplemental sale pleading       | 1.10  | 467.50 |
| 293651 H |      | 11/20/14 CDK | SA    | Confrence call re: sale                            | 1.00  | 385.00 |
| 293630 H |      | 11/21/14 CDK | SA    | To/Appear at Sale hearing                          | 1.25  | 481.25 |
| 293680 H |      | 11/24/14 CDK | SA    | Draft Sale Order                                   | 0.50  | 192.50 |
| 293809 H |      | 12/02/14 CDK | SA    | Draft Motion to Modify Order                       | 1.00  | 385.00 |
| 294006 H |      | 12/15/14 CDK | SA    | Draft Closing Numbers; review claims               | 0.75  | 288.75 |
| 294044 H |      | 12/16/14 CDK | SA    | Work on payout; telephone call with claimant       | 1.00  | 385.00 |
| 294091 H |      | 12/19/14 CDK | SA    | Work on closing statement and declarations of Neil and George | 1.50 | 577.50 |
| 294138 H |      | 12/23/14 CDK | SA    | Review and revise Amended Sale Order               | 0.75  | 288.75 |
| 294161 H |      | 12/24/14 CDK | SA    | Review and revise Amended Order                    | 0.30  | 115.50 |
| 296969 H |      | 12/24/14 CDK | SA    | Email re: title                                    | 0.15  | 57.75  |
| 296970 H |      | 12/24/14 CDK | SA    | Research law re: appeal                            | 0.55  | 211.75 |
| 294168 H |      | 12/29/14 EAN | SA    | Conference; intra-office with Chris D. Kuhner re: sale issues | 0.40 | 170.00 |
| 294173 H |      | 12/29/14 CDK | SA    | Research; review and revise Amended Order          | 2.00  | 770.00 |
| 294197 H |      | 12/30/14 EAN | SA    | Conference; intra-office with Chris D. Kuhner re: sale issues | 0.25 | 106.25 |
| 294274 H |      | 01/05/15 CDK | SA    | Conference calls re: sale; buyer; 363              | 0.75  | 292.50 |
| 294282 H |      | 01/06/15 CDK | SA    | Conference call re: order; conference call with Client | 0.75 | 292.50 |
| 294312 H |      | 01/07/15 CDK | SA    | Final revision to Order re: sale                   | 0.50  | 195.00 |
| 294313 H |      | 01/07/15 CDK | SA    | Final revision to Order re: sale                   | 0.50  | 195.00 |

EXHIBIT G

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 294315 | H | 01/07/15 | CDK SA | Emails; telephone call with Client re: sale order | 0.50 | 195.00 |
| 294317 | H | 01/07/15 | CDK SA | Draft Letter re: title; closing issue | 0.50 | 195.00 |
| 294409 | H | 01/12/15 | CDK SA | Work on closing documents; agreements | 1.00 | 390.00 |
| 294435 | H | 01/13/15 | CDK SA | Draft Escrow Agreement | 0.25 | 97.50 |
| 294471 | H | 01/14/15 | CDK SA | Review and revise Escrow Agreement | 0.50 | 195.00 |
| 294473 | H | 01/14/15 | CDK SA | Conference call re: closing | 0.50 | 195.00 |
| 294507 | H | 01/15/15 | CDK SA | Escrow issue | 0.75 | 292.50 |
| 294524 | H | 01/16/15 | CDK SA | Emails; telephone call with Judi, Neil and George re: closing | 1.00 | 390.00 |
| 294581 | H | 01/20/15 | CDK SA | Emails; closing; telephone call with counsel | 1.00 | 390.00 |
| 294652 | H | 01/21/15 | CDK SA | Closing issues; conference call re: same | 0.75 | 292.50 |
| 294660 | H | 01/22/15 | CDK SA | Closing issues | 0.75 | 292.50 |
| 294726 | H | 01/23/15 | CDK SA | Closing emails; letters; calls | 1.50 | 585.00 |
| 294770 | H | 01/26/15 | CDK SA | Conference call re: closing; usury; status conference | 1.00 | 390.00 |

```
                                              --------------------
GRAND TOTAL                                    57.55    22299.25
                                              ========  ========
```

EXHIBIT G

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 286890 | H | 12/03/13 CDK | CC | Work on cash collateral | 0.50 | 192.50 |
| 287021 | H | 12/11/13 CDK | CC | Work on CC Motion | 0.50 | 192.50 |
| 287030 | H | 12/12/13 CDK | CC | Work on CC Motion | 0.50 | 192.50 |
| 287089 | H | 12/17/13 CDK | CC | Work on Cash Collateral Motion | 1.50 | 577.50 |
| 287120 | H | 12/18/13 CDK | CC | Work on Cash Collateral | 0.50 | 192.50 |
| 287191 | H | 12/20/13 CDK | CC | Draft cash collateral motion | 1.50 | 577.50 |
| 287544 | H | 01/13/14 CDK | CC | Work on cash collateral motion | 0.25 | 96.25 |
| 287654 | H | 01/21/14 CDK | CC | Review and revise cash collateral motion | 0.50 | 192.50 |
| 287727 | H | 01/24/14 CDK | CC | Work on Notice, Declaration, Motion re: cash collateral | 1.00 | 385.00 |
| 292653 | H | 10/07/14 CDK | CC | Review budget; cash collateral | 0.35 | 134.75 |
| 292654 | H | 10/07/14 CDK | CC | Review budget; cash collateral | 0.35 | 134.75 |
| 292668 | H | 10/08/14 CDK | CC | Review and revise Budget re: cash collateral | 0.25 | 96.25 |
| 292718 | H | 10/13/14 CDK | CC | Work on Reply; cash collateral | 0.50 | 192.50 |
| 292766 | H | 10/15/14 CDK | CC | Draft cash collateral stipulation | 0.50 | 192.50 |
| 292876 | H | 10/17/14 CDK | CC | Draft Motion to Approve Cash Collateral | 0.50 | 192.50 |
| 292899 | H | 10/20/14 CDK | CC | Review and revise motion to approve cash collateral | 0.75 | 288.75 |
| 293808 | H | 12/02/14 CDK | CC | Draft Cash Collateral Order | 0.25 | 96.25 |
| 294271 | H | 01/05/15 CDK | CC | Review emails re: 363; cash collateral | 0.25 | 97.50 |

```
                                            --------------------
GRAND TOTAL                                   10.45    4024.50
                                            ========  ========
```

EXHIBIT H

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|------|-----------|------|-------------|-------|--------|
| 293879 | H | 12/04/14 | CDK | Draft Motion to Modify/Expedite | 1.00 | 385.00 |
| 293884 | H | 12/05/14 | CDK | Work on motion to Expedite; objection and maturity | 1.25 | 481.25 |
| 293889 | H | 12/08/14 | CDK | Draft Objection to Penn; Motion to Modify; Order Shortening Time re: maturity fee | 1.50 | 577.50 |
| 293926 | H | 12/09/14 | CDK | Final revisions re: objection; Order Shortening Time; modify | 1.50 | 577.50 |
| 293959 | H | 12/10/14 | CDK | Work on objection re: maturity fee | 1.00 | 385.00 |
| 293972 | H | 12/11/14 | CDK | Review Penn's Objection to OST; draft declaration; conference with Client | 1.00 | 385.00 |
| 293999 | H | 12/12/14 | CDK | Prepare for and attend hearing re: OST; emails; telephone call with Client re: maturity fee | 1.00 | 385.00 |
| 294111 | H | 12/22/14 | CDK | Prepare for/attend hearing on maturity fees; emails | 1.00 | 385.00 |

```
                                            --------------------
GRAND TOTAL                                  9.25      3561.25
                                            ========  ========
```

EXHIBIT I

Case: 13-32456   Doc# 191-1   Filed: 06/02/15   Entered: 06/02/15 11:14:06   Page 24
of 28

| #         | Type | Date/File     | Atty  | Description                                             | Hours | Amount  |
|-----------|------|---------------|-------|--------------------------------------------------------|-------|---------|
| 295236 H  |      | 02/13/15 CDK  | FA    | Draft First Interim Fee Application; review time sheets | 1.50  | 585.00  |
| 295261 H  |      | 02/17/15 CDK  | FA    | Work on Fee Application                                 | 1.00  | 390.00  |
| 296210 H  |      | 04/06/15 CDK  | FA    | Work on First Interim Fee Application                   | 1.00  | 390.00  |
| 296645 H  |      | 04/28/15 CDK  | FA    | Draft First Interim Fee Application                     | 1.00  | 390.00  |
| 296706 H  |      | 04/30/15 CDK  | FA    | Review and revise Fee Application                       | 1.00  | 390.00  |
| 296758 H  |      | 05/04/15 CDK  | FA    | Review and revise Fee Application                       | 0.50  | 195.00  |
| 296877 H  |      | 05/08/15 CDK  | FA    | KP&B Fee Application Matters; review and revise Fee Application | 0.75  | 292.50  |
| 296878 H  |      | 05/08/15 CDK  | FA    | KP&B Fee Application Matters; review and revise Fee Application | 0.75  | 292.50  |
| 296847 H  |      | 05/11/15 CDK  | FA    | Review and revise Fee Application (1st)                 | 0.75  | 292.50  |
| 297101 H  |      | 05/18/15 CDK  | FA    | Review and revise Fee Application                       | 0.50  | 195.00  |

```
                                                          ---------------------
GRAND TOTAL                                                 8.75     3412.50
                                                          ========  ========
```

EXHIBIT J

# NANCY L. NYBERG

## PARALEGAL

### KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

| | |
|---|---|
| **Specialization:** | Bankruptcy |
| **Education:** | University of California, Berkeley<br>September 1981-1983, BA Social Sciences |
| | University of California, Santa Barbara<br>September 1979-June 1981 |
| **Experience:** | Kornfield, Nyberg, Bendes & Kuhner, PC<br>April 2004 to present<br>Office Manager and Paralegal |
| | Mervyns<br>September 1989-November 1994<br>Buyer |
| | Emporium Capwell<br>September 1983-September 1989<br>Responsibilities included Department Sales Manager, Assistant Buyer, Assistant Store Manager and Buyer. |

EXHIBIT K

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
Attorneys for
ARCE RIVERSIDE, LLC

SUMMARY OF HOURS, RATES & FEE VALUES

|  | | HOURS | RATES | FEE VALUES |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| CHRIS D. KUHNER | CDK | 150.25 | $385 | $57,846.25 |
|  | CDK | 93.50 | $390 | $36,465.00 |
| ERIC A. NYBERG | EAN | 2.50 | $425 | $1,062.50 |
| **PARALEGALS:** | | | | |
| NANCY L. NYBERG | NLN | 6.75 | $80 | $ 540.00 |
| | TOTALS | 253.0 | | $95,913.75 |

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
Attorneys for
ARCE RIVERSIDE, LLC

## SUMMARY OF FEES & COSTS

| | |
|---|---|
| PHOTOCOPY COSTS ($.20 PER PAGE INHOUSE COPIES Billed amount outside) (CXC) | $ 196.96 |
| POSTAGE COSTS (CPO) | $ 126.70 |
| LEXIS NEXIS RESEARCH (LN) | $ 70.30 |
| COURIER FEES (CCI) | $ 295.88 |
| BANK FEES (CBF) | $ 40.00 |
| COURT FILING FEES (CFF) | $206.00 |
| FACSIMILIE (incoming only) (CFX) | $ 1.10 |
| CALIFORNIA SECRETARY OF STATE (CSY) | $22.55 |
| EXPRESS MAIL (CEX) | $ 9.74 |
| | |
| TOTAL COSTS | $969.23 |

J:\ADMIN-NLN\FEE\CK\SUMMARY\COSTS\Q

EXHIBIT M