

Signed and Filed: July 6, 2015

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

1  CHRIS D. KUHNER, ESQ.
   (Bar No. 173291)
2  **KORNFIELD, NYBERG,
   BENDES & KUHNER, P.C.**
3  1970 Broadway, Suite 225
   Oakland, California 94612
4  Telephone: (510) 763-1000
   Facsimile: (510) 273-8669
5  Email: c.kuhner@kornfieldlaw.com

6  Attorneys for Debtors Arce Riverside, LLC
   And Kera Riverside, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARCE RIVERSIDE, LLC,<br><br><br>                    Debtor. | Case No. 13-32456 DM<br><br>Chapter 11<br>(Jointly Administered with<br>Case No. 13-32457 DM) |
| In re<br><br>KERA RIVERSIDE, LLC,<br><br><br><br><br><br><br>                    Debtor. | Case No. 13-32457 DM<br><br>Chapter 11<br>(Jointly Administered with<br>Case No. 13-32456 DM)<br><br>**ORDER APPROVING<br>FIRST INTERIM APPLICATION<br>BY KORNFIELD, NYBERG,<br>BENDES & KUHNER, P.C. FOR<br>COMPENSATION FOR SERVICES<br>RENDERED AS ATTORNEYS<br>FOR DEBTORS** |
| | Date: June 26, 2015<br>Time: 9:30 a.m.<br>Ctrm: 22<br>U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, California |

| | |
|---|---|
| 1 | The First Interim Application by Kornfield, Nyberg, Bendes & Kuhner, P.C., attorneys for |
| 2 | the Debtors Arce Riverside, LLC and Kera Riverside, LLC (the "Debtors"), came on for hearing |
| 3 | on June 26, 2015, notice having been duly given and it appearing that the application complies |
| 4 | with Federal Rule of Bankruptcy Procedure 2016, there being no objections and for good cause |
| 5 | having been shown, |
| 6 | **IT IS HEREBY ORDERED** that the application is approved and Kornfield, Nyberg, |
| 7 | Bendes & Kuhner, P.C. is awarded the sum of $70,200.75 on account of services rendered as |
| 8 | counsel for the Debtor Arce Riverside, LLC, together with costs incurred in the amount of |
| 9 | $969.23. The Debtor is authorized to pay the fees and costs pursuant to the terms of the |
| 10 | application. |
| 11 | **IT IS FURTHER ORDERED** that the application is approved and Kornfield, Nyberg, |
| 12 | Bendes & Kuhner, P.C. is awarded the sum of $63,878.25 on account of services rendered as |
| 13 | counsel for the Debtor Kera Riverside, LLC, together with costs incurred in the amount of |
| 14 | $994.91. The Debtor is authorized to pay the fees and costs pursuant to the terms of the |
| 15 | application. |
| 16 | ***END OF ORDER*** |

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | No service list required |

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669