Signed and Filed: July 6, 2015


_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG,
BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtors Arce Riverside, LLC
And Kera Riverside, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARCE RIVERSIDE, LLC,<br><br><br>Debtor. | Case No. 13-32456 DM<br><br>Chapter 11<br>(Jointly Administered with<br>Case No. 13-32457 DM) |
| In re<br><br>KERA RIVERSIDE, LLC,<br><br><br><br><br><br>Debtor. | Case No. 13-32457 DM<br><br>Chapter 11<br>(Jointly Administered with<br>Case No. 13-32456 DM)<br><br>**ORDER APPROVING FIRST INTERIM APPLICATION BY KORNFIELD, NYBERG, BENDES & KUHNER, P.C. FOR COMPENSATION FOR SERVICES RENDERED AS ATTORNEYS FOR DEBTORS**<br><br>Date: June 26, 2015<br>Time: 9:30 a.m.<br>Ctrm: 22<br>U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, California |

The First Interim Application by Kornfield, Nyberg, Bendes & Kuhner, P.C., attorneys for the Debtors Arce Riverside, LLC and Kera Riverside, LLC (the "Debtors"), came on for hearing on June 26, 2015, notice having been duly given and it appearing that the application complies with Federal Rule of Bankruptcy Procedure 2016, there being no objections and for good cause having been shown,

**IT IS HEREBY ORDERED** that the application is approved and Kornfield, Nyberg, Bendes & Kuhner, P.C. is awarded the sum of $70,200.75 on account of services rendered as counsel for the Debtor Arce Riverside, LLC, together with costs incurred in the amount of $969.23. The Debtor is authorized to pay the fees and costs pursuant to the terms of the application.

**IT IS FURTHER ORDERED** that the application is approved and Kornfield, Nyberg, Bendes & Kuhner, P.C. is awarded the sum of $63,878.25 on account of services rendered as counsel for the Debtor Kera Riverside, LLC, together with costs incurred in the amount of $994.91. The Debtor is authorized to pay the fees and costs pursuant to the terms of the application.

***END OF ORDER***

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

COURT SERVICE LIST

No service list required