| # | Type | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 297867 | H | 06/30/15 | CDK | 001 - Telephone call with clients re: case status/Penn<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.35 | 136.50 |
| 297958 | H | 07/06/15 | CDK | 001 - Telephone call with client; counsel; review potential assets<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.35 | 136.50 |
| 298269 | H | 07/20/15 | NLN | 001 - Review and file MOR<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.25 | 20.00 |
| 298796 | H | 08/17/15 | NLN | 001 - Prepare Monthly Operating Reports for filing<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.20 | 16.00 |
| 299355 | H | 09/17/15 | NLN | 001 - File August MOR<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.25 | 20.00 |
| **GRAND TOTAL** | | | | | 1.40 | 329.00 |

| # | Type | Date | Atty | Description | Hours | Amount |
|---|------|------|------|-------------|-------|--------|
| 297406 | C | 06/02/15 | | CPO  Postage charge: Served Notice re: fee applications | | 9.36 |
| 297407 | C | 06/02/15 | | CXC  Photocopy charges: Served Notice re: fee applications | | 11.30 |
| 297570 | C | 06/08/15 | | CPO  Postage charge: Sent a copy of Notice of Hearing on First Interim Application by KNB&K for Compensation for Services Rendered | | 0.24 |
| 297571 | C | 06/08/15 | | CXC  Photocopy charges: Sent a copy of Notice of Hearing on First Interim Application by KNB&K for Compensation for Services Rendered | | 0.10 |
| 297481 | C | 06/09/15 | | CPO  Postage charge: Served Statement re: Deferment of consideration of fees | | 0.48 |
| 297482 | C | 06/09/15 | | CXC  Photocopy charges: Served Statement re: Deferment of consideration of fees | | 0.40 |
| 299445 | C | 09/21/15 | | CFX  Facsimile transmission and receipt from Elizabeth Berke-Dreyfuss re: Substitution of Attorney | | 0.30 |
| **GRAND TOTAL** | | | | | 0.00 | 22.18 |

Case: 13-32456    Doc# 240-1    Filed: 10/09/15    Entered: 10/09/15 11:32:53    Page 2 of 10

EXHIBIT B

| # | Type | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 297379 | H | 06/03/15 | CDK | Review article re: Penn | 0.25 | 97.50 |
| 297638 | H | 06/17/15 | CDK | Review case law re: usury; BAP | 0.50 | 195.00 |
| 297698 | H | 06/22/15 | CDK | Review docket re: Jaroslovsky ruling re: usury | 0.50 | 195.00 |
| 297768 | H | 06/24/15 | CDK | Read case law re: usury | 0.50 | 195.00 |
| 297918 | H | 07/01/15 | CDK | Review documents re: transcripts/Penn | 0.50 | 195.00 |
| 298008 | H | 07/07/15 | CDK | Conference call re: trial strategies; review dockets | 1.75 | 682.50 |
| 298066 | H | 07/09/15 | CDK | Review Judge memo re: prep of trial | 1.00 | 390.00 |
| 298071 | H | 07/09/15 | CDK | Review case law re: evidence; claim | 0.75 | 292.50 |
| 298099 | H | 07/10/15 | CDK | Review procedures; Local Rules; Depositions re: Penn | 0.75 | 292.50 |
| 298124 | H | 07/13/15 | CDK | Review case law; docket in LA | 0.50 | 195.00 |
| 298169 | H | 07/14/15 | CDK | Review emails re: facts; default | 0.85 | 331.50 |
| 298240 | H | 07/17/15 | CDK | Emails; review documents re: discovery | 0.50 | 195.00 |
| 298290 | H | 07/20/15 | CDK | Listen to Audio re: discovery; CBIC | 0.35 | 136.50 |
| 298376 | H | 07/23/15 | CDK | Review pleadings; case law | 1.00 | 390.00 |
| 298357 | H | 07/24/15 | CDK | Review deposition | 0.50 | 195.00 |
| 298422 | H | 07/27/15 | CDK | Review depo transcripts re: objection to Claim | 0.75 | 292.50 |
| 298526 | H | 07/28/15 | CDK | Review deposition transcripts re: claim | 0.95 | 370.50 |
| 298455 | H | 07/29/15 | CDK | Review depos; pleadings re: Sean and Penn | 0.75 | 292.50 |
| 298741 | H | 08/12/15 | CDK | Review emails; deposition notes; prepare for conference call | 0.75 | 292.50 |
| 298794 | H | 08/13/15 | CDK | Conference call; review local rules | 0.50 | 195.00 |
| 298823 | H | 08/17/15 | CDK | Review emails re: trial | 0.25 | 97.50 |
| 298848 | H | 08/19/15 | CDK | Review order re: scheduling; review witness list | 0.40 | 156.00 |
| 299014 | H | 08/20/15 | CDK | Review stipulated facts; trial brief | 1.00 | 390.00 |

| # | Type | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 298891 | H | 08/21/15 | CDK | Review trial brief | 1.00 | 390.00 |
| 298923 | H | 08/24/15 | CDK | Review emails; review pleadings; filing re: objection to claim by Penn | 0.50 | 195.00 |
| 298982 | H | 08/25/15 | CDK | Oversee filing; review and revise Trial Brief; document; review depo video | 0.75 | 292.50 |
| 298987 | H | 08/25/15 | CDK | Review Penn Trial Brief | 0.50 | 195.00 |
| 298957 | H | 08/26/15 | CDK | Email re: trial order | 0.25 | 97.50 |
| 299560 | H | 08/26/15 | CDK | Emails, phone calls; review documents | 0.35 | 136.50 |
| 299102 | H | 08/31/15 | CDK | Review docket orders; motion in limine; documents; trial prep; emails | 1.25 | 487.50 |
| 299133 | H | 09/01/15 | CDK | Pepare for/Travel to/Attend trial | 4.50 | 1755.00 |
| 299155 | H | 09/02/15 | CDK | Emails; telephone call with Client and Judge re: trial | 0.50 | 195.00 |
| 299168 | H | 09/03/15 | CDK | Listen to audio and attend closing | 1.50 | 585.00 |
| 299386 | H | 09/18/15 | CDK | Review post trial brief | 0.25 | 97.50 |
| **GRAND TOTAL** | | | | | 26.90 | 10491.00 |

Case: 13-32456   Doc# 240-1   Filed: 10/09/15   Entered: 10/09/15 11:32:53   Page 4 of 10

EXHIBIT C

| # | Type | Date | Atty | Description | Hours | Amount |
|---|------|------|------|-------------|-------|--------|
| 298950 | H | 08/25/15 | EAN | Conference; intra-office with Chris D. Kuhner re: settlement issues | 0.25 | 106.25 |
| 298989 | H | 08/25/15 | CDK | Review offer from Penn; claims review; conference with client; emails | 0.50 | 195.00 |
| 298953 | H | 08/26/15 | CDK | Letter to client re: offer | 0.35 | 136.50 |
| 298967 | H | 08/26/15 | CDK | Telephone call with client; counsel re: settlement negotiation; review trial issue | 0.75 | 292.50 |
| 299018 | H | 08/27/15 | CDK | Review pleadings; settlement; emails | 0.50 | 195.00 |
| 299021 | H | 08/27/15 | CDK | Emails; telephone call with client re: settlement, trial issues | 0.50 | 195.00 |
| 299072 | H | 08/28/15 | CDK | Conference with clients re: settlement | 0.50 | 195.00 |
| 299078 | H | 08/28/15 | CDK | Settlement issues; emails; calls | 0.75 | 292.50 |
| 299558 | H | 09/03/15 | CDK | Meet with clients post trial re: settlement | 1.00 | 390.00 |
| 299177 | H | 09/04/15 | EAN | Telephone call with Chris D. Kuhner | 0.50 | 212.50 |
| 299184 | H | 09/04/15 | CDK | Listen to audio; work on settlement; emails re: same | 1.25 | 487.50 |
| 299186 | H | 09/04/15 | CDK | Conference with Eric A. Nyberg; [redacted] | 0.50 | 195.00 |
| 299229 | H | 09/08/15 | CDK | Emails; telephone call with client; draft settlement offer | 0.75 | 292.50 |
| 299234 | H | 09/09/15 | EAN | Conference with Chris D. Kuhner re: settlement issues | 0.25 | 106.25 |
| 299245 | H | 09/09/15 | CDK | Review offer; email to clients; research law re: [redacted]; conference | 1.75 | 682.50 |
| 299259 | H | 09/10/15 | CDK | Emails; research law; conference re: settlement; speak with counsel | 0.75 | 292.50 |
| 299280 | H | 09/11/15 | CDK | Review order re: briefing; email; call re: same; [redacted] | 1.75 | 682.50 |
| **GRAND TOTAL** | | | | | 12.60 | 4949.00 |

EXHIBIT D

| # | Type | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 299264 | H | 09/10/15 | CDK | Research law re: ▮; withdrawal of cases | 1.00 | 390.00 |
| 299284 | H | 09/11/15 | CDK | Emails to Arce re: offer; ▮ withdrawal | 0.10 | 39.00 |
| 299328 | H | 09/14/15 | CDK | Conference with counsel re: withdrawal; prepare motion to withdrawal | 0.50 | 195.00 |
| 299330 | H | 09/14/15 | CDK | Research law re: ▮ | 0.50 | 195.00 |
| 299295 | H | 09/15/15 | CDK | Review Rules of Professional Conduct; causes re: withdraw motion; OST | 1.75 | 682.50 |
| 299353 | H | 09/16/15 | CDK | Telephone call with Neil and Liz re: substitution; ▮ | 0.50 | 195.00 |
| 299339 | H | 09/16/15 | CDK | Review and revise Application for OST; Declaration and Order | 0.75 | 292.50 |
| 299344 | H | 09/16/15 | CDK | Telephone call with Judi; Neil re: substitution; ▮ | 0.10 | 39.00 |
| 299368 | H | 09/17/15 | CDK | Emails to Liz re: substitution | 0.15 | 58.50 |
| **GRAND TOTAL** | | | | | 5.35 | 2086.50 |

| # | Type | Date | Atty | Description | Hours | Amount |
|---|------|------|------|-------------|-------|--------|
| 297805 | H | 06/26/15 | CDK | 001 - To/Appear at 1st Interim Fee Application Hearing<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.50 | 195.00 |
| 299561 | H | 09/25/15 | NLN | 001 - Review billing statements and assign project codes<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 1.00 | 80.00 |
| 299562 | H | 09/25/15 | NLN | 001 - Work on final fee application<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 1.00 | 80.00 |
| 299572 | H | 09/25/15 | CDK | 001 - Prepare Final Fee Application<br>[Arce-Riverside, LLC-Chapter 11 Bankruptcy] | 0.75 | 292.50 |

**GRAND TOTAL**                                                                                                          3.25        647.50

EXHIBIT F

# NANCY L. NYBERG

## PARALEGAL

### KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

| | |
|---|---|
| Specialization: | Bankruptcy |
| Education: | University of California, Berkeley<br>September 1981-1983, BA Social Sciences |
| | University of California, Santa Barbara<br>September 1979-June 1981 |
| Experience: | Kornfield, Nyberg, Bendes & Kuhner, PC<br>April 2004 to present<br>Office Manager and Paralegal |
| | Mervyns<br>September 1989-November 1994<br>Buyer |
| | Emporium Capwell<br>September 1983-September 1989<br>Responsibilities included Department Sales Manager, Assistant Buyer, Assistant Store Manager and Buyer. |

EXHIBIT G

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
Attorneys for
ARCE RIVERSIDE, LLC

SUMMARY OF HOURS, RATES & FEE VALUES

|  |  | HOURS | RATES | FEE VALUES |
|---|---|---|---|---|
| **ATTORNEYS:** |  |  |  |  |
| CHRIS D. KUHNER | CDK | 45.80 | $390 | $17,862.00 |
| ERIC A. NYBERG | EAN | 1.0 | $425 | $ 425.00 |
| **PARALEGALS:** |  |  |  |  |
| NANCY L. NYBERG | NLN | 2.70 | $80 | $ 216.00 |
|  | TOTALS | 49.50 |  | $18,503.00 |

EXHIBIT H

J:\ADMIN-NLN\FEEAPP.SUMMARY.DOC

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
Attorneys for
ARCE RIVERSIDE, LLC

## SUMMARY OF FEES & COSTS

| | |
|---|---|
| PHOTOCOPY COSTS (CXC) | $ 11.80 |
| ($.20 per page in house only and billed amount outside) | |
| POSTAGE COSTS (CPO) | $ 10.08 |
| FACSIMILIE (incoming only) (CFX) | $ .30 |
| TOTAL COSTS | $22.18 |



J:\ADMIN-NLN\FEEAPP.SUMMARY.DOC