1 | Andrew K. Alper (State Bar No. 088876)
  | FRANDZEL ROBINS BLOOM & CSATO, L.C.
2 | 1000 Wilshire Boulevard
  | Nineteenth Floor
3 | Los Angeles, California 90017-2427
  | Telephone: (323) 852-1000
4 | Facsimile: (323) 651-2577

5 | Attorneys for Creditor, Penn Equities, LLC

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN FRANCISCO DIVISION**

11 | In re | Case No. 13-32456 DM
   |      | (Jointly Administered with Case No.
12 | ARCE RIVERSIDE, LLC, | 13-32457 DM)

13 | Debtor. | Chapter 11

14 |

15 | In re KERA RIVERSIDE, LLC, | Case No. 13-32457 DM
   |                           | (Jointly Administered with Case No.
   | Debtor, | 13-32456 DM)

16 |

17 | | **[PROPOSED]JUDGMENT ON DEBTOR'S JOINT OBJECTION TO SECOND AMENDED CLAIM OF PENN EQUITIES, LLC**

18 |

19 | | Date of Trial:     September 1, 2, and 3, 2015

20 |

21

22 |     The objection to the Second Amended Claim of Penn Equities, LLC came on for trial

23 | before the Honorable Dennis Montali, United States Bankruptcy Judge on September 1, and 2,

24 | 2015. Judith J. Rentschler of Rentschler/Tursi LLP and Chris D. Kuhner of Kornfield, Nyberg,

25 | Bendes & Kuhner, P.C., appeared on behalf of Arce Riverside, LLC and Kera Riverside, LLC, and

26 | Andrew K. Alper and Hal Goldflam of Frandzel Robins Bloom & Csato, L.C. appeared on behalf

27 | of Penn Equities, LLC.

28 |     Following consideration of the testimony and evidence at trial, the oral and written

2054681.1 | 050148-0009

1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1 | arguments of counsel, the post-trial briefs of the parties, and the Court's Memorandum Decisions

2 | of September 28, 2015, and December 30, 2015, setting forth its findings and conclusions

3 | pursuant to Federal Rule of Bankruptcy Procedure 7052, and for the reasons set forth therein,

4 |      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

5 |      1.    Arce Riverside, LLC and Kera Riverside, LLC shall collectively recover from Penn

6 | Equities, LLC the amount of $1,109,886.10, which includes usurious interest and attorneys fees of

7 | $51,043.84 previously paid to counsel for Penn Equities, LLC, which fees have been held in trust

8 | pending the outcome of this case.

9 |      2.  The Court reserves jurisdiction to hear and determine attorneys' fees and costs to be

10 | awarded in accordance with its Memorandum Decisions.

11

12 |                        **\*\*End of Order\*\***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COURT SERVICE LIST**

ECF Recipients

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

20546811.1 | 050148-0009

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920.

On January 8, 2016, I served true copy(ies) of **[PROPOSED] JUDGMENT ON DEBTOR'S JOINT OBJECTION TO SECOND AMENDED CLAIM OF PENN EQUITIES, LLC,** the original(s) of which is attached, to the party(ies) on the attached service list.

☐ **BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY E-MAIL:** At approximately _____, I caused said document(s) to be transmitted by electronic mail. The name(s) and e-mail addresses of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☐ **BY FAX TRANSMISSION:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (323) 651-2577. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 8, 2016, at Los Angeles, California.

_____
Evelyn Kider

1814501.1 | 050148-0009

**SERVICE LIST**

Electronic Mail Notice List:

| | |
|---|---|
| Andrew K. Alper | aalper@frandzel.com, ekidder@frandzel.com; efiling@frandzel.com |
| Elizabeth Berke-Dreyfuss | edreyfuss@wendel.com, bankruptcy@wendel.com; pjoakimson@wendel.com |
| Richard D. Burstein | rburstein@ebg-law.com, ecf@ebg-law.com |
| Chris D. Kuhner | c.kuhner@kornfieldlaw.com, j.mangaccat@kornfieldlaw.com |
| Benjamin R. Levinson | ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com;silvia@benlevinsonlaw.com |
| Minnie Loo | minnie.loo@usdoj.gov |
| Office of the U.S. Trustee /SF | USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com |

Judith Rentschler
Rentschler/Tursi, LLP
411 Borel Avenue, Suite 510
San Mateo, California 94402
JJRentschler@LandLaws.com

via overnight delivery and email

Elizabeth Berke-Dreyfuss
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036
edreyfuss@wendel.com

via overnight delivery and email

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1814501.1 | 050148-0009                                    2