**Entered on Docket**
**January 12, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: January 11, 2016**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARCE RIVERSIDE, LLC,<br><br>                           Debtor. | Bankruptcy Case<br>No. 13-32456DM<br><br>Chapter 11<br>(Jointly Administered) |
| In re<br><br>KERA RIVERSIDE, LLC,<br><br>                           Debtor. | Case No,. 13-32457DM<br><br>Chapter 11<br>(Jointly Administered) |

JUDGMENT ON OBJECTION TO CLAIM

The objection to the claim, twice amended, of Penn Equities, LLC came on for trial before the Honorable Dennis Montali, United States Bankruptcy Judge, on September 1, and 2, 2015. Judith J. Rentschler of Rentschler/Tursi LLP and Chris D. Kuhner of Kornfield, Nyberg, Bendes & Kuhner, P.C., appeared on behalf of Arce Riverside, LLC and Kera Riverside, LLC, and Andrew K. Alper and Hal Goldflam of Frandzel, Robbins, Bloom & Csato, L.C. appeared on behalf of Penn Equities, LLC.

Following consideration of the testimony and evidence at trial, the oral and written arguments of counsel, the post-trial briefs of the parties, the Court's memorandum decisions of

September 28, 2015, and December 30, 2015, setting forth its findings and conclusions pursuant to Federal Rule of Bankruptcy Procedure 7052, the proposed Judgment On Objection To Claim filed by Debtor, Penn Equities, LLC's objection to that Judgment (Docket No. 260), and Debtor's Response (Docket No. 262),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. Arce Riverside, LLC and Kera Riverside, LLC, jointly and severally, recover from Penn Equities, LLC the amount of $1,208,929.92, which includes usurious interest in the amount of $1,375,847.00, plus attorneys' fees in the amount of $51,043.84 previously paid to counsel for Penn Equities, LLC, together with an offset for post-maturity interest due to Penn Equities, LLC in the amount of $217,960.92.

2. Penn Equities, LLC shall instruct its counsel, Frandzel Robins Bloom & Csato, L.C., to refund the $51,043.84 attorneys' fees to Debtor immediately. Further, it shall pay the remaining amount owed, $1,157,886.08 ($1,208,929.92 - $51,043.84) in accordance with Paragraph 5 of the court's Amended Order Granting Motion To Sell Assets Free and Clear of Liens, Claims, Encumbrances and Interests (Docket No. 145).

3. The Court reserves jurisdiction to hear and determine attorneys' fees and costs to be awarded to Arce Riverside, LLC and Kera Riverside, LLC as the prevailing party.

**END OF ORDER**

Case: 13-32456   Doc# 263   Filed: 01/11/16   Entered: 01/12/16 10:23:07   Page 2 of 2